UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANCY METRO,<br><br>                              Plaintiff,<br><br>v.<br><br>BATTELLE MEMORIAL INSTITUTE,<br><br>                              Defendant. | No. CV-13-5042-LRS<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION FOR DISMISSAL |

In consideration of the stipulation of the parties, the Court orders that the plaintiff's claims be and the same are hereby dismissed with prejudice and without attorney fees or costs.

**It is so ordered.**

ENTERED this 8th day of July, 2013.

*s/Lonny R. Suko*
_____
HON. LONNY R. SUKO
U.S. DISTRICT COURT JUDGE

PRESENTED BY:          **AND**          PRESENTED BY:

K&L GATES LLP                                   MENDOZA & JOHNSON, P.S.

By  s/ Thaddeus J. O'Sullivan              By  s/ Scott W. Johnson
      Thaddeus J. O'Sullivan                         Scott W. Johnson
      Attorneys for Defendant                      Attorneys for Plaintiff